**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ANNIE GAMBLE, as Administrator of the Estate of Ernest Little, Jr.** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **CIVIL ACTION NO. 1:25-00316-JB-N** |
| **CHUCK MILLENDER, et al.,** | ) ) ) | |
| **Defendants.** | ) | |

### ORDER

This matter is before the Court on Metro Jail Defendants' Motion to Dismiss (Doc. 37), Defendant Naphcare, Inc.'s Motion to Dismiss (Doc. 38), Defendant Mobile County's Motion to Dismiss (Doc. 39) and Defendants' Joint Motion to Strike (Doc. 42).  The Court conducted a hearing on February 24, 2026, at which David Gespass, Esq. appeared and argued for Plaintiff and Defendants appeared and argued.  Defendants' Joint Motion to Strike Plaintiff's untimely and unexplained Reply (Doc. 41) is **GRANTED**. Upon due consideration of the filings and the oral arguments of the parties, and for the reasons stated on the record at the hearing, Defendants' respective Motions to Dismiss (Docs. 37, 38 and 39) are **GRANTED**.

**DONE and ORDERED** this 26th day of February, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE